UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY SCOFIELD, | ) | CIV. 08-4054-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| FISHBACK FINANCIAL | ) | |
| CORPORATION and its subsidiary, | ) | |
| FIRST BANK & TRUST, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Joint Motion to Dismiss All Claims, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice, and with each party to pay its own costs and attorneys' fees.

Dated November 29, 2010

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE